435 A.2d 275

Transport Pool Inc., Appellant v. Pittsburgh etc.

Argued June 11, 1980. Michael J. Pepe, Jr., for appellant; Alfred Sarowitz, for appellees.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

June 5, 1981.

435 A.2d 635

Bosak et al. v. Guzek, Appellant.

Petition for Allowance of Appeal Denied Sept. 14, 1981.

Submitted December 5, 1980. Joseph P. Kane, for appellant; Joseph Wassell, for appellees.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Order affirmed.